ORDERED UNSEALED on 09/12/2024 s/ BreanneC

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTIAN REYES,

Defendant.

Case No.: '24 MJ3446 BJC

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about August 12, 2024, within the Southern District of California, defendant Christian REYES knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded .357 Astra revolver bearing serial number 159353; in violation of Title 18, United States Code, Section 922(g)(1).

FELIX OSORIO-RUIZ Digitally signed by FELIX OSORIO-RUIZ Date: 2024.09.09 11:47:35 -07'00'

FELIX OSORIO-RUIZ
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___ day of September 2024.

[signature]

HON. BENJAMIN J. CHEEKS
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On August 12, 2024, at approximately 6:30 p.m., El Centro Police Department Officers were patrolling an area near 401 East State Street in El Centro California, which is within the Southern District of Calfiornia. While in that area, the Officers observed an individual later identified as Christian REYES conduct a hand-to-hand transaction with an unidentified male outside of the El Centro Liquor Store. The area near 401 East State Street is a high-crime area known particularly to police for illegal drug sales.

Police approached REYES after observing his hand-to-hand transaction outside of the liquor store. As the Officers approached REYES, he continued to walk away from the Officers. REYES then ran across Fourth Street while holding his waistband. Police gave REYES multiple verbal commands to stop running, which REYES refused. As the police followed REYES, they observed REYES attempt to squeeze through an opening a wooden fence before, again, running in the opposite direction of police. REYES was ultimately caught after a foot pursuit and detained. REYES continued to resist Officers while he was detained, and was arrested for violation of California Penal Code §69(a)—resisting officers.

As police were sitting REYES upright, a.357 Astra Revolver bearing serial number 159353 and loaded with one round of ammunition fell from REYES' shorts. A search of REYES incident to arrest revealed a bindle of marijuana, among other titems.

Records checks on REYES revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 4/8/2016 | U.S. District Court – Southern District of California | 8 U.S.C. §1324 (Felony) | 124 Days Prison |
| 5/20/2022 | CASC – Imperial | Cal. P.C. §211—Robbery First Degree (Felony) | 5 Years Prison |

The Astra firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.

//

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.